**Order entered June 3, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00426-CR

### JAVEON DEROID DALCOURZUBER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 3
### Dallas County, Texas
### Trial Court Cause No. F15-10957-J

## ORDER

Before the Court is appellant's January 16, 2019 second motion to recalculate the briefing deadline due to an incomplete reporter's record. The reporter's record is now complete. We **GRANT** the motion to the extent we **ORDER** appellant's brief filed within thirty days of the date of this order.

/s/    LANA MYERS
        JUSTICE